1  GIBSON, DUNN & CRUTCHER LLP
   SCOTT A. FINK, SBN 83408
2   sfink@gibsondunn.com
   SARAH E. PIEPMEIER, SBN 227094
3   spiepmeier@gibsondunn.com
   NATHAN C. CHASE, SBN 247526
4   nchase@gibsondunn.com
   One Montgomery Street, Suite 3100
5  San Francisco, California 94104
   Telephone:    (415) 393-8200
6  Facsimile:    (415) 986-5309

7  Attorneys for Plaintiff
   GARY BERNARD MOORE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| GARY BERNARD MOORE., | CASE NO. C 04-1749 MJJ (PR) |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER SETTING CASE MANAGEMENT CONFERENCE |
| v. | |
| RICHMOND POLICE DEPARTMENT, et al., | |
| Defendant. | |

Pursuant to the joint stipulation of the parties dated February 26, 2007, and good cause appearing,

IT IS HEREBY ORDERED THAT:

The initial case management conference in this action will be held on March 27, 2007 at 2:00 p.m.

DATED: 02/27/07

The Honorable Martin J. Jenkins
United States District Judge

[PROPOSED] ORDER SETTING CASE MANAGEMENT CONFERENCE
CASE NO. C 04-1749 MJJ (PR)

1  Respectfully Submitted,
2  GIBSON, DUNN & CRUTCHER LLP

3  By: _____/s/_____
4  Sarah E. Piepmeier
   Attorneys for Plaintiff
5  GARY BERNARD MOORE

6  100173216_1.DOC