IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOORE,

        Plaintiff,

v.

RICHMOND POLICE DEPARTMENT, et al.,

        Defendants.
_____/

No. 04-01749  MJJ

***AMENDED*** **PRETRIAL ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

**TRIAL DATE**: Monday, _ at 8:30 a.m., Courtroom 11, 19th floor.
TRIAL LENGTH is estimated to be ___ days. () jury   () court

PRETRIAL CONFERENCE DATE: Tuesday, **04/15/08**  at 3:30 p.m.
(Counsel who intend to try the case must attend the pretrial conference. Counsel shall be prepared to discuss all aspects of the case, including settlement. Pretrial to conform to the attached instructions.)

DISCOVERY LIMITS:   Depositions:   Pltf.        Def.
                              Interrogs:       Pltf.        Def.
                              Doc. Req.:      Pltf.        Def.
                              Req. Adm.:     Pltf.        Def.

(Per Federal Rules of Civil Procedure and Local Rules, subject to any provisions below)

NON-EXPERT DISCOVERY CUTOFF is:  **12/28/07**

DESIGNATION OF EXPERTS:   **03/14/08**      Pltf.  **2**     Def:  **2**
    EXPERT REPORTS:          **03/21/08**
DESIGNATION OF SUPPLEMENTAL/REBUTTAL EXPERTS:  **03/28/08**
SUPPLEMENTAL/REBUTTAL REPORTS:
Parties shall conform to Federal Rule of Civil Procedure 26(a)(2).

EXPERT DISCOVERY CUTOFF is:       **04/04/08**

DISPOSITIVE MOTIONS SHALL be heard by:

SETTLEMENT CONFERENCE shall be held before Magistrate **Judge**  and scheduled to take place

FURTHER STATUS CONFERENCE:         at 2:00 p.m.

**ADDITIONAL ORDERS:**

_____
_____

**PLAINTIFF IS ORDERED TO SERVE A COPY OF THIS ORDER ON ANY PARTY SUBSEQUENTLY JOINED IN THIS ACTION**.

Dated:    **October 2, 2007**

                                           _/s/ Martin J. Jenkins_____
                                           MARTIN J. JENKINS
                                           United States District Judge

**United States District Court**
For the Northern District of California