IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOORE, | No. C04-01749 MJJ |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S PETITION FOR ISSUANCE OF A WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS MOOT** |
| v. | |
| RICHMOND POLICE DEPARTMENT ET AL, | |
| Defendant. | |

On February 22, 2008 Plaintiff filed a Petition for Issuance of a Writ of Habeas Corpus Ad Testificandum ("Petition"), requesting Plaintiff's appearance to prepare for, attend and testify in his civil rights trial, previously scheduled to begin on April 21, 2008. (Docket No. 56.) On February 26, 2008, the Court vacated the pretrial and trial dates pending this case's reassignment to another judge. Petitioner's Petition is, therefore, moot. Plaintiff may refile the request, if needed, when the pretrial and trial dates in this matter are rescheduled.

**IT IS SO ORDERED.**

Dated: February 28, 2008

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE