## McNamara, Dodge, Ney, Beatty, Slattery, Pfalzer, Borges & Brothers LLP
ATTORNEYS AT LAW

| | | |
|---|---|---|
| MICHAEL J. NEY | RICARDO A. MARTINEZ | SOLANO COUNTY OFFICE |
| THOMAS G. BEATTY | DIANNE KREMEN COLVILLE | 639 KENTUCKY STREET, FIRST FLOOR |
| ROBERT M. SLATTERY | LISA R. ROBERTS | FAIRFIELD, CA 94533-5530 |
| THOMAS E. PFALZER | DENISE BILLUPS-SLONE | TELEPHONE: (707) 427-3998 |
| GUY D. BORGES | J. LUCIAN DODSON III | FACSIMILE: (707) 427-0268 |
| ROGER J. BROTHERS | JAMES E. ALLEN | |
| GARY R. JOHNSON | ERIC G. LUNDBERG | |
| JAMES V. FITZGERALD, III | DENISE J. SERRA | SAN JOAQUIN COUNTY OFFICE |
| MARTIN J. AMBACHER | WILMA J. GRAY | 2316 ORCHARD PARKWAY, SUITE 120 |
| ROBERT W. HODGES | HOWARD PATRICK SWEENEY | TRACY, CA 95377 |
| J. WESLEY SMITH | PETER J. HIRSIG | TELEPHONE: (877) 839-5330 |
| PAUL B. WALSH | PATRICK L. MOORE | FACSIMILE: (209) 839-6758 |
| ANN H. LARSON | RICHARD M. McNEELY | |
| R. DEWEY WHEELER | GARY A. WATT | |
| SETH J. SCHWARTZ | NOAH G. BLECHMAN | PARTNERS EMERITUS |
| ROBERT W. LAMSON | MICHAEL P. CLARK | DANIEL J. McNAMARA |
| | | DOUGLAS C. McCLURE |
| JENIFER K. LEECE | CHRISTOPHER N. ODNE | RICHARD E. DODGE |
| BARBARA L. MILLER | NOLAN S. ARMSTRONG | (1941 – 2000) |
| CATHLEEN A. IRWIN | MARK P. IEZZA | |
| JENNIFER A. PHILLIPS | CHRISTOPHER T. LUSTIG | OF COUNSEL |
| SUZANNE FOLEY SPRAGUE | BARTON J. CERIONI | WILLIAM K. HOUSTON, JR. |
| SHARON A. GARSKE | RYAN J. BARNCASTLE | ANTHONY J. DeMARIA |
| MILOSLAV KHADILKAR | MILJOY B. LINSAO | |
| PETER W. SEKELICK | TANNER D. BRINK | |
| JEANNE C. SHIH | CHRISTINE E. GARSKE | |
| TONYA R. DRAEGER | WILLIAM L. McCASLIN | |
| HENRY WILLIAMS III | CONNOR M. DAY | |
| MATTHEW P. SULLIVAN | KEVIN T. KERR | |
| CARRIE E. CROXALL | ANDREA N. de KONING | |
| AARON M. SCOLARI | NATHANIEL A. SMITH | |
| SHAWN F. HARDING | RAYELLE D. SABO | |
| PETRA BRUGGISSER | | |

1211 NEWELL AVENUE
WALNUT CREEK, CA 94596-5331

**PLEASE RESPOND TO:**
P.O. BOX 5288
WALNUT CREEK, CA 94596

TELEPHONE: (925) 939-5330
FACSIMILE: (925) 939-0203

www.mcnamaralaw.com

March 13, 2008

Noah G. Blechman
noah.blechman@mcnamaralaw.com

Hon. Maria-Elena James
United States District Court
U.S. Courthouse
450 Golden Gate Avenue
San Francisco , CA 94102

Re:   **Moore v. Zeppa et al.**
      Case No. - C04-1749 MJJ

Dear Hon. Judge James:

We have an upcoming scheduled settlement conference with Your Honor in this matter on April 11th. In this civil rights case, Plaintiff alleges that he was subjected to excessive and unnecessary force during an arrest with officers from the Richmond Police Department ("RPD"). Defendants vehemently deny the Plaintiff's claims. Plaintiff, who is currently incarcerated in prison for the next several decades arising out his arrest and conviction for burglary that led to this action, has brought suit versus six RPD officers who had some interaction with him in relation to his arrest. The City of Richmond was previously dismissed on summary judgment by Judge Jenkins. Only the individual officers are involved in this case. This matter formerly had a trial date, but that date was recently vacated by Judge Jenkins. We do not currently have a new trial date, pending the reassignment of this matter from Judge Jenkins' docket. The value of this case is unclear, though Plaintiff has minimal, if any, pecuniary damages.

Per ADR LR 7-4, we are now writing to request that one of the six officers, Martin Birch, a defendant, be excused from attending the upcoming settlement conference on several grounds. First of all, Mr. Birch is retired from the RPD and has been for several years. Secondly, Mr. Birch currently lives almost three hours away from San Francisco and it is burdensome and costly for him to travel to San Francisco for this settlement conference. Thirdly, the other five

Judge James
March 13, 2008
Page 2

Re:     Castillo, Ramon v. City of Richmond

named officers, as well as a representative from the City of Richmond and/or an insurance representative with settlement authority, will be in attendance at the settlement conference. Mr. Birch has already been deposed so his attendance at the settlement conference is not necessary for insight into the facts and circumstances of this matter.

Also, settlement issues will not hinge on Mr. Birch's attendance. Furthermore, Plaintiff's counsel has agreed to excuse Mr. Birch from attendance at the upcoming settlement conference. Overall, Mr. Birch's attendance and/or non-attendance will have no bearing whatsoever on the outcome and/or meaningfulness of the settlement conference. It is unjust and difficult to force Mr. Birch to travel a great distance to attend the settlement conference, especially when he will not add anything substantive to the equation.

As this excusal is agreed to by Plaintiff's counsel, and good cause is shown that Mr. Birch's participation at the settlement is not necessary for the meaningfulness of the process, we respectfully request that Mr. Birch be formally excused from attending the upcoming settlement conference. If need be, we can attempt to have Mr. Birch on telephone standby at the time of the settlement conference, though we do not foresee this even being necessary. A proposed order is attached per ADR LR 7-4.

Should you have any questions, please do not hesitate to contact the undersigned, or James V. Fitzgerald, III, the lead trial attorney on this matter.

Very truly yours,

Noah G. Blechman

NGB:ssa

Encl.

cc:     Ms. Sarah E. Piepmeier
        U.S. Dist. Court – ADR Unit

```
JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER & BORGES LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
OFFICERS S. ZEPPA, T. JACKSON, HEMBREE, LLAMAS
LAWSON (#1119), SERGEANTS M. BIRCH AND CLARK
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY B. MOORE,<br><br>        Plaintiff,<br><br>vs.<br><br>OFFICERS S. ZEPPA, T. JACKSON, HEMBREE, LLAMAS #1119, SERGEANTS M. BIRCH AND CLARK,<br><br>        Defendant. | Case No. C04-1749 MJJ<br><br>[PROPOSED] ORDER EXCUSING PARTY FROM ATTENDANCE AT SETTLEMENT CONFERENCE PER ADR LOCAL RULE 7-4 |

Defendants' have written a letter to Your Honor per ADR L.R. 7-4 requesting that Defendant MARTIN BIRCH be excused from attending the upcoming settlement conference on April 11th. Good cause having been shown by Defendants, the Court orders as follows:

1)   Defendant MARTIN BIRCH is excused from attendance at the settlement conference.

IT IS SO ORDERED.

Dated: March 17, 2008

_____
Hon. Judge Maria Elena James
United States Magistrate Judge

ORDER EXCUSING PARTY FROM ATTENDANCE AT
SETTLEMENT CONFERENCE-C07-4912 MHP