# GIBSON, DUNN & CRUTCHER LLP

LAWYERS

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

One Montgomery Street  San Francisco, California 94104-4505
(415) 393-8200
www.gibsondunn.com

SPiepmeier@gibsondunn.com

March 25, 2008

Direct Dial
(415) 393-8270
Fax No.
(415) 374-8404

Client No.
T 66337-00006

<u>Via E-Filing and Hand Delivery</u>

Hon. Maria-Elena James
United States Magistrate Judge
Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102

Re:   <u>Moore v. Jackson, et al.</u>, Case No. C 04-1749 MJJ (MEJ)

Dear Judge James:

Pursuant to this Court's Standing Order Regarding Settlement Procedures, I write to request that Plaintiff Gary B. Moore be excused from appearing in person at the upcoming settlement conference before your Honor on April 11, 2008.

The lawsuit involves claims against several Richmond Police officers who violated Mr. Moore's civil rights during the course of, and directly after, his arrest on October 16, 2002. Currently, Mr. Moore is serving a lengthy sentence at Calipatria State Prison in Calipatria, California.  As a result, obtaining his physical presence at the settlement conference will require a significant expenditure of resources and burden on the State.  We would like to minimize these costs while still providing access to Mr. Moore via telephone.  We have spoken with opposing counsel, who does not object to this request.  Accordingly, our trial team has contacted officials at Calipatria State Prison, who have informed us that they can provide for Mr. Moore's telephonic participation in the settlement conference on April 11.

GIBSON, DUNN & CRUTCHER LLP

Hon. Maria-Elena James
March 25, 2008
Page 2


      I have attached a proposed order granting the relief requested.  If you have any questions, please do not hesitate to contact me.

                                Sincerely,

                                Sarah E. Piepmeier

cc:    Noah Blechman, Esq. (via e-filing)

SEP/kbc


100414902_2.DOC

```
GIBSON, DUNN & CRUTCHER LLP
SARAH E. PIEPMEIER, SBN 227094,
SPiepmeier@gibsondunn.com
FREDRICK C. CROMBIE, SBN 244051,
FCrombie@gibsondunn.com
KEVIN CLUNE, SBN 248681,
KClune@gibsondunn.com
One Montgomery Street
Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 374-8404

Attorneys for Plaintiff
GARY B. MOORE
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY B. MOORE,<br><br>          Plaintiff,<br><br>     v.<br><br>RICHMOND POLICE DEPARTMENT, et al.,<br><br>          Defendants | CASE NO. C04-1749 MJJ (MEJ)<br><br>**[PROPOSED] ORDER EXCUSING PLAINTIFF GARY B. MOORE FROM ATTENDING THE APRIL 11, 2008 SETTLEMENT CONFERENCE IN PERSON** |

Good cause having been shown, Plaintiff's request to excuse the presence of Plaintiff Gary B. Moore at the April 11, 2008 settlement conference is hereby GRANTED. Plaintiff's counsel shall use their best efforts and work with Calipatria State Prison to ensure that Mr. Moore is readily available via telephone during the course of the settlement conference.

IT IS SO ORDERED.

Dated: March 27, 2008

_____
THE HONORABLE MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

100414941_2.DOC

1

[PROPOSED] ORDER EXCUSING PLAINTIFF GARY B. MOORE FROM ATTENDING THE APRIL 11, 2008 SETTLEMENT CONFERENCE; Case No. C04-1749 MJJ (MEJ)