GIBSON, DUNN & CRUTCHER LLP
SARAH E. PIEPMEIER, SBN 227094,
SPiepmeier@gibsondunn.com
KEVIN CLUNE, SBN 248681,
KClune@gibsondunn.com
One Montgomery Street
Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 374-8404

Attorneys for Plaintiff
GARY B. MOORE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| GARY B. MOORE,<br><br>  Plaintiff,<br><br>v.<br><br>RICHMOND POLICE DEPARTMENT, et al.,<br><br>  Defendants | CASE NO. C04-1749 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING THE CONTINUATION OF THE EXPERT DISCOVERY CUTOFF** |
|---|---|

The parties hereby stipulate to extend the discovery cutoff until August 29, 2008 for the sole purpose of taking Defendants' expert's deposition and file this joint stipulation pursuant to Local Rule 6-2(a). The Court most recently set the expert discovery cutoff for June 27, 2008 in its May 19, 2008 Pretrial Preparation Order (Dkt. # 72). To accommodate the travel and scheduling demands of Defendants' expert, who resides out of state and will be deposed in state, the parties have agreed to conduct his deposition in late August.

Trial is currently set for February 9, 2009 and the parties see no reason why such a continuance of the expert discovery cutoff would affect any other trial-related deadline.

Pursuant to Local Rule 6-2(a)(2), the following time modifications have been made to date in this matter:

- On June 28, 2005 Judge Jenkins granted Defendants' request to extend the deadline to file a motion for summary judgment. (Dkt. # 21.)

- On December 5, 2005, Judge Jenkins granted Defendants' an additional 60 days to file a motion for summary judgment (Dkt # 25) after Defendants filed their "Notice of Request to Proceed Towards Trial." (Dkt. # 24.)

- On May 9, 2006, Judge Jenkins granted Plaintiff's request for an extension of time to file his opposition to Defendants' motion for summary Judgment. (Dkt. # 34.)

- Upon Plaintiff's retention of counsel, the Court held a case management conference on March 27, 2007 and set various trial-related dates. (Dkt. # 49.)

- Judge Jenkins held an additional case management conference on October 2, 2007, moving the pretrial conference deadline by two weeks. (Dkt. # 54.)

- Judge James later re-scheduled the Settlement Conference for a month later than originally planned. (Dkt. # 55.)

- On February 26, 2008, the Court vacated all pretrial deadlines due to Judge Jenkins's departure from the federal bench. (Dkt. # 60.)

In light of the foregoing, the parties believe that there is good cause supporting a continuance of the expert discovery cutoff until August 29, 2008 for the sole purpose of taking Defendants' expert's deposition and that such a continuance would be in the interests of justice.

Dated: June 24, 2008

GIBSON, DUNN & CRUTCHER LLP

By: _____/s/_____
Kevin Clune

Attorneys for Plaintiff Gary B. Moore.

Dated: 6/24, 2008

MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By: _____
Noah G. Blechman
Attorneys for Defendants
OFFICERS S. ZEPPA, T. JACKSON, HEMBREE, LLAMAS, #1119, SERGEANTS M. BIRCH AND CLARK

1
2
3       PURSUANT TO STIPULATION, IT IS SO ORDERED
4
5
    DATED:  June 25, 2008          _____
6                                    The Honorable Maxine M. Chesney
7                                    United States District Court

8       100470752_1 (2).DOC

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Gibson, Dunn & Crutcher LLP

3

STIPULATION AND [PROPOSED] ORDER REGARDING THE CONTINUATION OF THE EXPERT DISCOVERY CUTOFF; NO. C04-1749 MMC