GIBSON, DUNN & CRUTCHER LLP
SARAH E. PIEPMEIER, SBN 227094,
SPiepmeier@gibsondunn.com
KEVIN CLUNE, SBN 248681,
KClune@gibsondunn.com
One Montgomery Street, Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

Attorneys for Plaintiff
GARY B. MOORE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY B. MOORE,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICERS S. ZEPPA, T. JACKSON, HEMBREE, LLAMAS, LAWSON (#1119), SERGEANTS M. BIRCH AND CLARK,<br><br>    Defendant. | CASE NO. C04-1749 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING DR. MATTHEW NOWLIS WITHOUT PREJUDICE** |

WHEREAS, Dr. Matthew Nowlis (misspelled "Nowhls" in Plaintiff's Amended Complaint) was named a defendant in this action on January 24, 2005; and

WHEREAS, Dr. Matthew Nowlis has not been served or appeared in this action,

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to approval and entry by the Court, that the above-captioned action is hereby voluntarily discontinued and dismissed with respect to Defendant Dr. Matthew Nowlis, without prejudice and without costs to either party as against another.

///

///

///

///

1  DATED: December 9, 2008                GIBSON, DUNN & CRUTCHER LLP

2

3                                          By:  _____/s/ Sarah E. Piepmeier_____
                                                      Sarah E. Piepmeier
4
                                           Attorneys for Plaintiff
5                                          GARY BERNARD MOORE

6

7  DATED: December 9, 2008                MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
                                           PFALZER & BORGES LLP
8

9

10                                         By:  _____/s/ Noah G. Blechman_____
                                                      Noah G. Blechman
11
                                           Attorneys for Defendants
12                                         OFFICERS S. ZEPPA, T. JACKSON, HEMBREE,
                                           LLAMAS, LAWSON (#1119), SERGEANTS M.
13                                         BIRCH AND CLARK

14

15         PURSUANT TO STIPULATION, IT IS SO ORDERED

16

17

18  DATED: _December 10, 2008_             _[signature]_____
                                           The Honorable Maxine M. Chesney
19                                         United States District Court

---

Gibson, Dunn &
Crutcher LLP

2

Stipulation and [Proposed] Order Dismissing Dr. Matthew Nowlis Without Prejudice        CASE NO. C04-1749 MMC