GIBSON, DUNN & CRUTCHER LLP
SARAH E. PIEPMEIER, SBN 227094,
SPiepmeier@gibsondunn.com
GINA MOON, SBN 257721,
GMoon@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105
Telephone: (415) 393-8200
Facsimile:  (415) 374-8404

Attorneys for Plaintiff
GARY B. MOORE

E-filing

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY B. MOORE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OFFICERS S. ZEPPA, T. JACKSON, HEMBREE, LLAMAS, LAWSON #1119, SERGEANTS M. BIRCH AND CLARK,<br><br>　　　　Defendants. | CASE NO. C04-1749 MMC<br><br>[~~PROPOSED~~] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO PLAINTIFF GARY B. MOORE<br><br>Date:　　　　July 28, 2009<br>Time:　　　　3:00 p.m.<br>Judge:　　　Hon. Maxine M. Chesney<br>Location:　　Courtroom 7, Nineteenth Floor<br><br>Pre-Trial Conf.:　July 28, 2009<br>Trial Date:　　　August 31, 2009 |

　　　　GARY B. MOORE, Prisoner ID: F17016, a necessary party and material witness in the proceedings in this case, is confined at Kern Valley State Prison, 3000 West Cecil Avenue, Delano, California, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate:

　　(1)　For trial preparation at San Francisco County Jail # 8, 425 7th Street, San Francisco, CA 94103 on August 28, 2009 at 9:00 a.m.; and

　　(2)　For trial preparation at San Francisco County Jail # 8, 425 7th Street, San Francisco, CA 94103 on August 30, 2009 at 9:00 a.m.; and

Gibson, Dunn & Crutcher LLP

1

[PROPOSED] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM　　　　Case No. C04-1749 MMC

(3) For trial at Courtroom 7, Nineteenth Floor, United States District Court for the Northern District of California, 450 Golden Gate Ave., San Francisco, CA 94102, beginning on August 31, 2009 and lasting approximately 5-7 judicial days.

ACCORDINGLY, IT IS ORDERED that:

(1) A Writ of Habeas Corpus ad Testificandum issue, commanding the Warden to produce the inmate named above to prepare for and testify in United States District Court at the times and places above, from day to day until completion of Court proceedings, or as ordered by the Court, and thereafter to return the inmate to the above institution; and

(2) The custodian is to notify the Court of any change in custody of this inmate and is ordered to provide any new custodian with a copy of this writ; and

(3) The California Department of Corrections and Rehabilitation is to pay all expenses associated with transporting, guarding, and otherwise securing the presence of the inmate at trial beginning August 31, 2009 and for pre-trial preparation on August 28, 2009 and August 30, 2009.

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of Kern Valley State Prison, 3000 West Cecil Ave., Delano, California:**

YOU ARE COMMANDED to produce the inmate named above to prepare for and testify before the United States District Court at the time and place above, from day to day until completion of the proceedings, or as ordered by the Court; and thereafter to return the inmate to the above institution.

FURTHER, you are ordered to notify the Court of any change in custody of the inmate and are ordered to provide any new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: JUL 2 4 2009

THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

Gibson, Dunn & Crutcher LLP

2

[PROPOSED] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM          Case No. C04-1749 MMC