1   GIBSON, DUNN & CRUTCHER LLP
    SARAH E. PIEPMEIER, SBN 227094,
2   spiepmeier@gibsondunn.com
    JESSICA L. LUND, SBN 262322,
3   jlund@gibsondunn.com
    GINA MOON, SBN 257721,
4   gmoon@gibsondunn.com
    ALLISON H. KIDD, SBN 257726,
5   akidd@gibsondunn.com
    555 Mission Street, Suite 3000
6   San Francisco, California 94105-2933
    Telephone:   (415) 393-8200
7   Facsimile:   (415) 374-8484

8   Attorneys for Plaintiff
    GARY B. MOORE
9
    MCNAMARA, DODGE, NEY, BEATTY,
10  SLATTERY, PFALZER & BORGES
    JAMES V. FITZGERALD, III, SBN 55632
11  NOAH G. BLECHMAN, SBN 197167
    1211 Newell Avenue
12  Post Office Box 5288
    Walnut Creek, CA 94596
13  Telephone:   (925) 939-5330
    Facsimile:   (925) 939-0203
14
    Attorneys for Defendants
15  OFFICER S. ZEPPA, T. JACKSON, HEMBREE,
    LLAMAS, LAWSON #1119, SERGEANTS M.
16  BIRCH AND CLARK

17
                    UNITED STATES DISTRICT COURT
18
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
19

20
    GARY B. MOORE,                          CASE NO. C04-1749 MMC
21
                  Plaintiff,                **STIPULATION AND [PROPOSED]**
22                                          **ORDER RESCHEDULING PRETRIAL**
          v.                                **CONFERENCE TO AUGUST 20, 2009**
23
    OFFICERS S. ZEPPA, T. JACKSON,
24  HEMBREE, LLAMAS, LAWSON (#1119),
    SERGEANTS M. BIRCH AND CLARK,
25
                  Defendant.
26

27        WHEREAS, the Pretrial Conference for the above-captioned action ("Pretrial Conference")

28  was originally scheduled for July 28, 2009 at 3:00 p.m.;

Gibson, Dunn &                         1
Crutcher LLP
    _____
    Stipulation and [Proposed] Order Rescheduling Pretrial Conference to August 20, 2009   CASE NO. C04-1749 MMC

1    WHEREAS, on July 24, 2009, the Court rescheduled the Pretrial Conference to August 18,

2    2009;

3    WHEREAS, Sarah E. Piepmeier, lead counsel for Plaintiff Gary B. Moore, is unable to attend

4    the Pretrial Conference on August 18, 2009, due to a pre-existing business commitment in New York,

5    New York;

6    WHEREAS, the clerk of the Court has indicated that the Pretrial Conference may be

7    rescheduled for August 20, 2009 at 3:00 p.m.; and

8    WHEREAS, the parties agree that August 20, 2009 at 3:00 p.m. is a mutually agreeable time

9    and date for the Pretrial Conference;

10    IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to

11    approval and entry by the Court, that the Pretrial Conference for the above-captioned action will be

12    rescheduled to August 20, 2009 at 3:00 p.m. before the Honorable Maxine M. Chesney.

13

14    DATED:  July 28, 2009                          GIBSON, DUNN & CRUTCHER LLP

15

16                                                         By:  _____/s/_____
                                                                              Sarah E. Piepmeier
17

18                                                         Attorneys for Plaintiff
                                                            GARY BERNARD MOORE

19

20    DATED:  July 28, 2009                          MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
                                                            PFALZER, BORGES & BROTHERS LLP
21

22

23                                                         By:  _____/s/_____
                                                                              Noah G. Blechman
24

25                                                         Attorneys for Defendants
                                                            OFFICERS S. ZEPPA, T. JACKSON, HEMBREE,
                                                            LLAMAS, LAWSON (#1119), SERGEANTS M.
                                                            BIRCH AND CLARK
26

27    //

28    //

1      PURSUANT TO STIPULATION, IT IS SO ORDERED

2

3

4      DATED:  August 4, 2009 ___                    _____
                                                      The Honorable Maxine M. Chesney
5                                                     United States District Court

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

Stipulation and [Proposed] Order Rescheduling Pretrial Conference to August 20, 2009      CASE NO. C04-1749 MMC