GIBSON, DUNN & CRUTCHER LLP
SARAH E. PIEPMEIER, SBN 227094,
SPiepmeier@gibsondunn.com
JESSICA L. LUND, SBN 262322,
JLund@gibsondunn.com
GINA MOON, SBN 257721,
GMoon@gibsondunn.com
ALLISON H. KIDD, SBN 257726,
AKidd@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone:   (415) 393-8200
Facsimile:   (415) 374-8484

Attorneys for Plaintiff
GARY B. MOORE

MCNAMARA, DODGE, NEY, BEATTY,
SLATTERY, PFALZER & BORGES
JAMES V. FITZGERALD, III, SBN 55632
NOAH G. BLECHMAN, SBN 197167
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone:   (925) 939-5330
Facsimile:   (925) 939-0203

Attorneys for Defendants
OFFICER S. ZEPPA, T. JACKSON, HEMBREE,
LLAMAS, LAWSON #1119, SERGEANTS M.
BIRCH AND CLARK

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY B. MOORE,<br><br>  Plaintiff,<br><br>  v.<br><br>OFFICERS S. ZEPPA, T. JACKSON, HEMBREE, LLAMAS, LAWSON (#1119), SERGEANTS M. BIRCH AND CLARK,<br><br>  Defendants. | CASE NO. C04-1749 MMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PRODUCTION OF DEFENDANTS WITHOUT TRIAL SUBPOENA** |

1  WHEREAS, Plaintiff Gary Bernard Moore ("Plaintiff") wishes to call Sergeant Martin Birch, Sergeant Richard Clark, Officer Terrence Jackson, Officer Lester Lawson, Officer Douglas Hembree, and Officer Chris Llamas ("Defendants" or "requested witnesses") for his case in chief;

WHEREAS, each of the requested witnesses is a defendant in this case;

WHEREAS, Defendants are represented by Noah G. Blechman of McNamara, Dodge, Ney, Beatty, Slattery, Pfalzer, Borges & Brothers LLP ("Defense Counsel");

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to approval and entry by the Court, that if given at least three calendar days notice, Defense Counsel will produce the requested witnesses on the date(s) requested, without requiring the issuance of a trial subpoena.  If a requested witness has an unalterable scheduling conflict and cannot testify on the requested date, Defense Counsel will propose alternate dates on which the requested witness will be produced.

DATED:  August 19, 2009        GIBSON, DUNN & CRUTCHER LLP


                               By:  _____/s/_____
                                         Jessica L. Lund

                               Attorneys for Plaintiff
                               GARY BERNARD MOORE


DATED:  August 19, 2009        MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
                               PFALZER, BORGES & BROTHERS LLP


                               By:  _____/s/_____
                                         Noah G. Blechman

                               Attorneys for Defendants
                               OFFICERS S. ZEPPA, T. JACKSON, HEMBREE,
                               LLAMAS, LAWSON (#1119), SERGEANTS M.
                               BIRCH AND CLARK

2

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING PRODUCTION OF DEFENDANTS
WITHOUT TRIAL SUBPOENA                                           CASE NO. C04-1749 MMC

1  PURSUANT TO STIPULATION, IT IS SO ORDERED

2

3  DATED: August 19, 2009                    /s/ Maxine M. Chesney
4                                            The Honorable Maxine M. Chesney
                                             United States District Court

Gibson, Dunn &
Crutcher LLP

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING PRODUCTION OF DEFENDANTS
WITHOUT TRIAL SUBPOENA                                    CASE NO. C04-1749 MMC

3