1  GIBSON, DUNN & CRUTCHER LLP
   SARAH E. PIEPMEIER, SBN 227094,
2     spiepmeier@gibsondunn.com
   JESSICA L. LUND, SBN 262322,
3     jlund@gibsondunn.com
   GINA MOON, SBN 257721,
4     gmoon@gibsondunn.com
   ALLISON H. KIDD, SBN 257726,
5     akidd@gibsondunn.com
   555 Mission Street, Suite 3000
6  San Francisco, California 94105-2933
   Telephone:  (415) 393-8200
7  Facsimile:   (415) 374-8484

8  Attorneys for Plaintiff
   GARY B. MOORE
9
   MCNAMARA, DODGE, NEY, BEATTY,
10 SLATTERY, PFALZER, BORGES & BROTHERS
   JAMES V. FITZGERALD, III, SBN 55632
11 NOAH G. BLECHMAN, SBN 197167
   1211 Newell Avenue
12 Post Office Box 5288
   Walnut Creek, CA 94596
13 Telephone:   (925) 939-5330
   Facsimile:   (925) 939-0203
14
   Attorneys for Defendants
15 OFFICER S. ZEPPA, T. JACKSON, HEMBREE,
   LLAMAS, LAWSON #1119, SERGEANTS M.
16 BIRCH AND CLARK

17                  UNITED STATES DISTRICT COURT

18             FOR THE NORTHERN DISTRICT OF CALIFORNIA

19

20 GARY B. MOORE,                          CASE NO. C04-1749 MMC

21              Plaintiff,                 [PROPOSED] ORDER TO SHORTEN
22                                         TIME FOR HEARING ON GIBSON,
        v.                                 DUNN & CRUTCHER LLP'S MOTION
23                                         TO WITHDRAW AS COUNSEL OF RECORD
   OFFICERS S. ZEPPA, T. JACKSON,
24 HEMBREE, LLAMAS, LAWSON (#1119),
   SERGEANTS M. BIRCH AND CLARK,           AND DIRECTIONS TO PLAINTIFF'S
25                                         COUNSEL
              Defendants.
26

27

28

Gibson, Dunn &
Crutcher LLP

[PROPOSED] ORDER TO SHORTEN TIME FOR
HEARING ON GIBSON, DUNN & CRUTCHER LLP'S
MOTION TO WITHDRAW AS COUNSEL OF RECORD          CASE NO. C04-1749 MMC

On February 24, 2010, Gibson, Dunn & Crutcher LLP, counsel of record for Plaintiff Gary B. Moore, and Defendants, by and through their counsel of record, moved for an order shortening the notice period for hearing on Gibson, Dunn & Crutcher LLP's Motion to Withdraw as Counsel of Record for Gary B. Moore ( "Motion to Withdraw").  After full consideration of all moving and opposing documents, the Court's record and file in this matter, and good cause appearing, **IT IS HEREBY ORDERED**:

    1.    Defendants' Response to the Motion to Withdraw is due no later than March 1, 2010; and

    2.    A hearing on the Motion to Withdraw is scheduled for March 5, 2010 at 9:00 a.m..

    3.    Plaintiff's counsel shall arrange to have plaintiff made available to participate by telephone at the March 5 hearing.

Date:__ February 24, 2010 _____

THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER TO SHORTEN TIME FOR
HEARING ON GIBSON, DUNN & CRUTCHER LLP'S
MOTION TO WITHDRAW AS COUNSEL OF RECORD      CASE NO. C04-1749 MMC