| | |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP |
| | SARAH E. PIEPMEIER, SBN 227094, |
| 2 |   spiepmeier@gibsondunn.com |
| | JESSICA L. LUND, SBN 262322, |
| 3 |   jlund@gibsondunn.com |
| | GINA MOON, SBN 257721, |
| 4 |   gmoon@gibsondunn.com |
| | ALLISON H. KIDD, SBN 257726, |
| 5 |   akidd@gibsondunn.com |
| | 555 Mission Street, Suite 3000 |
| 6 | San Francisco, California 94105-2933 |
| | Telephone:  (415) 393-8200 |
| 7 | Facsimile:   (415) 374-8484 |
| 8 | Attorneys for Plaintiff |
| | GARY B. MOORE |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY B. MOORE,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICERS S. ZEPPA, T. JACKSON, HEMBREE, LLAMAS, LAWSON #1119, SERGEANTS M. BIRCH AND CLARK,<br><br>    Defendants. | CASE NO. C04-1749 MMC<br><br>~~[PROPOSED]~~ ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO PLAINTIFF GARY B. MOORE<br><br>Judge:     Hon. Maxine M. Chesney<br>Location:  Courtroom 7, Nineteenth Floor<br><br>Pre-Trial Conf.:  March 9, 2010<br>Trial Date:       March 22, 2010 |

      GARY B. MOORE, Prisoner ID: F17016, a necessary party and material witness in the proceedings in this case, is confined at Kern Valley State Prison, 3000 West Cecil Avenue, Delano, California, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate:

    (1)  ~~For trial preparation at a San Francisco County Jail in the City of San Francisco, on Friday, March 19, 2010 at 9:00 a.m.; and~~

    (2)  ~~For trial preparation at a San Francisco County Jail in the City of San Francisco, on Sunday, March 21, 2010 at 9:00 a.m.; and~~

1

[PROPOSED] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM    Case No. C04-1749 MMC

(~~3~~)   For trial at Courtroom 7, Nineteenth Floor, United States District Court for the Northern District of California, 450 Golden Gate Ave., San Francisco, CA 94102, beginning on March 22, 2010 and lasting approximately 8-10 judicial days.

ACCORDINGLY, IT IS ORDERED that:

(1)   A Writ of Habeas Corpus ad Testificandum issue, commanding the Warden to produce the inmate named above to prepare for and testify in United States District Court at the times and places above, from day to day until completion of Court proceedings, or as ordered by the Court, and thereafter to return the inmate to the above institution; and

(2)   The custodian is to notify the Court of any change in custody of this inmate and is ordered to provide any new custodian with a copy of this writ; and

(3)   To the extent required by law, The California Department of Corrections and Rehabilitation is to pay all expenses associated with transporting, guarding, and otherwise securing the presence of the inmate at trial beginning March 22, 2010 ~~and for pre-trial preparation on March 19, 2010 and March 21, 2010~~.

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of Kern Valley State Prison, 3000 West Cecil Ave., Delano, California:**

YOU ARE COMMANDED to produce the inmate named above to prepare for and testify before the United States District Court at the time and place above, from day to day until completion of the proceedings, or as ordered by the Court; and thereafter to return the inmate to the above institution.

FURTHER, you are ordered to notify the Court of any change in custody of the inmate and are ordered to provide any new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: February 25, 2010

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE