1  GIBSON, DUNN & CRUTCHER LLP
   SARAH E. PIEPMEIER, SBN 227094,
2     spiepmeier@gibsondunn.com
   JESSICA L. LUND, SBN 262322,
3     jlund@gibsondunn.com
   GINA MOON, SBN 257721,
4     gmoon@gibsondunn.com
   ALLISON H. KIDD, SBN 257726,
5     akidd@gibsondunn.com
   555 Mission Street, Suite 3000
6  San Francisco, California 94105-2933
   Telephone:  (415) 393-8200
7  Facsimile:   (415) 374-8484

8  Attorneys for Plaintiff
   GARY B. MOORE
9
   MCNAMARA, DODGE, NEY, BEATTY,
10 SLATTERY, PFALZER, BORGES & BROTHERS
   JAMES V. FITZGERALD, III, SBN 55632
11 NOAH G. BLECHMAN, SBN 197167
   1211 Newell Avenue
12 Post Office Box 5288
   Walnut Creek, CA 94596
13 Telephone:   (925) 939-5330
   Facsimile:    (925) 939-0203
14
   Attorneys for Defendants
15 OFFICER S. ZEPPA, T. JACKSON, HEMBREE,
   LLAMAS, LAWSON #1119, SERGEANTS M.
16 BIRCH AND CLARK

17                    UNITED STATES DISTRICT COURT

18              FOR THE NORTHERN DISTRICT OF CALIFORNIA

19

20 | GARY B. MOORE,                      | CASE NO. C04-1749 MMC
21 |                                     |
   |            Plaintiff,               | **[PROPOSED]** ORDER GRANTING
22 |                                     | **GIBSON, DUNN & CRUTCHER LLP'S**
   |       v.                            | **MOTION TO WITHDRAW AS COUNSEL**
23 |                                     | **OF RECORD**
   | OFFICERS S. ZEPPA, T. JACKSON,      |
24 | HEMBREE, LLAMAS, LAWSON (#1119),    |
   | SERGEANTS M. BIRCH AND CLARK,       |
25 |                                     |
   |            Defendants.              |
26

27

28

1  On February 24, 2010, Gibson, Dunn & Crutcher LLP ("Gibson Dunn") moved for leave to
2  withdraw as counsel of record for Plaintiff Gary B. Moore.  After full consideration of all moving and
   and statements and arguments of plaintiff,
3  opposing documents, the Court's record and file in this matter, the arguments of counsel, and good
                                                                                              ^
4  cause appearing, **IT IS HEREBY ORDERED** that Gibson Dunn, including all counsel at Gibson
5  Dunn who are currently representing or who have represented Plaintiff, are hereby relieved from their
6  appointment as counsel for Plaintiff and are no longer counsel of record for Plaintiff.

8  Date: March 5, 2010                    _____
9                                          THE HONORABLE MAXINE M. CHESNEY
                                           UNITED STATES DISTRICT COURT

---

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING GIBSON, DUNN & CRUTCHER LLP'S
MOTION TO WITHDRAW AS COUNSEL OF RECORD                    CASE NO. C04-1749 MMC