IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY B. MOORE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OFFICER S. ZEPPA, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C-04-1749 MMC<br><br>**ORDER OVERRULING OBJECTION AND DENYING REQUEST FOR MODIFICATION OF THE ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

　　　　The Court is in receipt of the Objection to and Request for Modification of Order; Request to Transfer Custody of Inmate, filed March 18, 2010 by Warden Kelly Harrington, respondent to the Order and Writ of Habeas Corpus Ad Testificandum issued by the Court on February 25, 2010 in the above-titled action.

　　　　By said Objection and Request, respondent seeks an order relieving respondent of the obligation to pay the costs of transportation, delivery, housing and custody of the above-named plaintiff, incurred in complying with the Writ.

　　　　Respondent cites no authority to support an order allocating such costs to the United States Marshal or other federal agency, or to any other person or entity, and, indeed, the authority is to the contrary. See Wiggins v. County of Alameda, 717 F.2d 466, 469 (9th Cir. 1983) (rejecting California Department of Corrections' argument that state entitled to reimbursement for costs of transporting, guarding, and securing presence of prisoner in

civil case brought by prisoner against county defendant; holding "there is no basis upon which the state can seek compensation for [such] expenses").

Accordingly, the Objection is hereby OVERRULED and the Request for Modification is hereby DENIED.

**IT IS SO ORDERED.**

Dated: March 19, 2010

                                      MAXINE M. CHESNEY
                                      United States District Judge