**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY B. MOORE, | No. C-04-1749 MMC |
| Plaintiff, | **ORDER FOR TELEPHONE CALL** |
| v. | |
| OFFICER S. ZEPPA, et al., | |
| Defendants / | |

IT IS HEREBY ORDERED that the California Department of Corrections and Rehabilitation provide to inmate Gary Bernard Moore, on today's date, at least one completed telephone call for purposes of his arranging for the delivery of street clothes to be worn by said inmate during the jury trial in the above-titled action.

**IT IS SO ORDERED.**

Dated: March 22, 2010

MAXINE M. CHESNEY
United States District Judge