IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY B. MOORE, | No. C-04-1749 MMC |
| Plaintiff, | **ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR NEW TRIAL** |
| v. | |
| OFFICER S. ZEPPA, et al., | |
| Defendants | |

Before the Court are six documents titled, in each instance, "Motion for a New Trial," and filed by plaintiff Gary B. Moore on, respectively, April 9, 2010 (Document No. 184), April 12, 2010 (Document Nos. 186, 187), April 13, 2010 (Document Nos. 188, 190, 191). The Court construes the above-referenced filings to constitute collectively a single motion for new trial, pursuant to Rule 59 of the Federal Rules of Civil Procedure, and hereby sets the following briefing schedule thereon:

1. No later than May 21, 2010, defendants shall file and serve their opposition.[1]

2. No later than June 18, 2010, plaintiff shall file and serve any reply.

//

---

[1] To the extent the motion filed herein as Document No. 188 includes a request for the appointment of counsel, the Court, by separate order filed concurrently herewith, has denied said motion, and defendants need not respond thereto.

3. Unless the parties are otherwise informed, the Court, as of June 18, 2010, will take plaintiff's motion under submission.

**IT IS SO ORDERED.**

Dated:  April 22, 2010

_____
MAXINE M. CHESNEY
United States District Judge