United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GARY B. MOORE,

       Plaintiff,

  v.

OFFICER S. ZEPPA, et al.,

       Defendants
_____/

No. C-04-1749 MMC

**ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT**

      Before the Court is plaintiff Gary B. Moore's Motion to Alter or Amend the Judgment, filed April 21, 2010. The Court hereby sets a briefing schedule on said motion, specifically, the same briefing schedule applicable to plaintiff's motion for a new trial:[1]

      1. No later than May 21, 2010, defendants shall file and serve their opposition.

      2. No later than June 18, 2010, plaintiff shall file and serve any reply.

      3. Unless the parties are otherwise informed, the Court, as of June 18, 2010, will take plaintiff's motion to alter or amend the judgment under submission.

      **IT IS SO ORDERED.**

Dated: May 3, 2010

                                        MAXINE M. CHESNEY
                                        United States District Judge

---

[1] By order filed April 22, 2010, the Court construed a number of other documents filed by plaintiff to constitute a single motion for a new trial, and set a briefing schedule thereon.